## 30625. SMALLWOOD v. THE STATE.

NICHOLS, Chief Justice.

This is an appeal from a judgment finding the appellant to be an habitual violator under the motor vehicle statutes and revoking the appellant's driver's license for a five-year period. Two of the three convictions relied upon for such license revocation occurred prior to the enactment of the Act of 1972 (Ga. L. 1972, p. 1086; Code Ann. § 92A-455 et seq.).

In *Johnston v. State,* 236 Ga. 370 (1976), the contentions made by the appellant here were held to be without merit and the judgment of the trial court in this case must be affirmed.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 19, 1976 — DECIDED FEBRUARY 25, 1976.

*G. Hughel Harrison,* for appellant.

*William Bryant Huff, District Attorney, R. A. Barnaby, II, Assistant District Attorney, Arthur K. Bolton, Attorney General, Daniel I. MacIntyre, Assistant Attorney General,* for appellee.